IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              4:06CR00410-07

DAVID WAYNE ALLEN

### ORDER

Pending is the Prosecution's Motion to Dismiss the Indictment against Defendant David Wayne Allen (Doc. No. 144).

For good cause shown, the Prosecution's Motion to Dismiss the Indictment against Defendant David Wayne Allen (Doc. No. 144) is GRANTED. Accordingly, the Indictment is DISMISSED as to David Wayne Allen.

IT IS SO ORDERED this 10th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE